UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**LYNDA ALICE RAMBO**,

        Plaintiff,

v.

**GOVERNOR RICK PERRY, LT. GOVERNOR DAVID DEWHURST, TEXAS DEPT. OF PUBLIC SAFETY**,

        Defendants.

Civil Case No. 3:12-1274-KI

**JUDGMENT**

KING, Judge:

    IT IS ORDERED that this case is dismissed without prejudice.

    DATED this   7th   day of August, 2012.

        /s/ Garr M. King
        Garr M. King
        United States District Judge

Page 1 - JUDGMENT