UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**LYNDA ALICE RAMBO**,　　　　　　　　　　　Civil Case No. 3:12-1274-KI

　　　　　　Plaintiff,　　　　　　　　　　　　　　**JUDGMENT**

　　v.

**GOVERNOR RICK PERRY, LT.
GOVERNOR DAVID DEWHURST,
TEXAS DEPT. OF PUBLIC SAFETY**,

　　　　　　Defendants.

KING, Judge:

　　IT IS ORDERED that this case is dismissed without prejudice.

　　DATED this ___7th___ day of August, 2012.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Garr M. King
　　　　　　　　　　　　　　　　　　　　　　Garr M. King
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Page 1 - JUDGMENT